# IN THE SUPREME COURT OF THE STATE OF NEVADA

DALE JAMES KOKOSKI,
                    Appellant,
            vs.
WILLIAM HUTCHINGS, WARDEN,
                    Respondent.

No. 83441

FILED

SEP 16 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; Erika D. Ballou, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court served notice of entry of the order denying a petition for writ of habeas corpus on July 2, 2021. Appellant did not file the notice of appeal, however, until August 27, 2021, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
            Parraguirre

_____, J.          _____, J.
Silver                                   Herndon

21-26796

cc:   Hon. Erika D. Ballou, District Judge
      Dale James Kokoski
      Attorney General/Carson City
      Attorney General/Las Vegas
      Eighth District Court Clerk